NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

LOUIS A. LEONE, ESQ. (SBN: 099874)
CLAUDIA LEED, ESQ. (SBN: 122676)
STUBBS & LEONE
2175 N. CALIFORNIA BLVD., SUITE 900
WALNUT CREEK, CA 94596

FILED

11 DEC -6 PM 3: 25

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:

ATTORNEYS FOR: DEFENDANTS CITY OF MCFARLAND, et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JAMES YESFORD and MARK SHIVA | CASE NUMBER: |
|---|---|
| Plaintiff(s), | CV11-10115 CAS VBKx |
| v. | |
| CITY OF MCFARLAND, GREG HERRINGTON, and DAVID OBERHOFFER | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for CITY OF MCFARLAND, GREG HERRINGTON, and DAVID OBERHOFFER (or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                     **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

None other than the parties to this action.

December 6, 2011
Date

Sign

Defs. City of McFarland, Greg Herrington and David Oberhoff
Attorney of record for or party appearing in pro per

CV-30 (04/10)                    NOTICE OF INTERESTED PARTIES