LOUIS A. LEONE, ESQ. (SBN: 099874)
CLAUDIA LEED, ESQ. (SBN: 122676)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:   (925) 974-8600
Facsimile:    (925) 974-8601
E-mail: leonel@stubbsleone.com
            leedc@stubbsleone.com

Attorneys for Defendants
CITY OF MCFARLAND, GREG HERRINGTON and
DAVID OBERHOFFER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES YESFORD and MARK SHIVA,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF MCFARLAND; GREG HERRINGTON, individually and in his official capacity as a Police Sergeant/Interim Chief; DAVID OBERHOFFER individually and in his official capacity as a Police Chief/Former Chief and DOES 1-100, inclusive,<br><br>Defendants. | **Case No.:  CV11 – 10115CAS (VBKx)**<br><br>**PROOF OF SERVICE** |

1

# CERTIFICATE OF SERVICE

*Shiva, et al. v. City of McFarland, et al.*
United States District Court, Central District
Case No. CV11-10115 CAS (VBKx)

I, the undersigned, state that I am a citizen of the United States, over the age of 18 years, a resident of the State of California, and not a party to the within action. My business address is 2175 N. California Blvd., Suite 900, Walnut Creek, California 94596.

On December 7, 2011, I served the within documents:

**CIVIL COVER SHEET**

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

**NOTICE TO PARTIES OF ADR PROGRAM**

**ADR PROGRAM QUESTIONNAIRE**

**CLERK'S OFFICE SERVICES FOR ATTORNEY AND THE GENERAL PUBLIC (BOOKLET)**

**U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA CIVILITY AND PROFESSIONALISM GUIDELINES**

on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope, via U.S. Mail at Walnut Creek, California addressed as follows:

Bradley C. Gage, Esq.
Law Offices of Goldberg & Gage
23002 Victory Boulevard
Woodland Hills, CA 91367

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 7, 2011, at Walnut Creek, California.

KIMBERLY N. SUTTON